IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| E. DOE on behalf of F. DOE,  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>METROPOLITAN GOVERNMENT OF  )<br>NASHVILLE AND DAVIDSON  )<br>COUNTY, TENNESSEE, d/b/a,  )<br>METROPOLITAN NASHVILLE PUBLIC  )<br>SCHOOLS,  )<br>Defendant.  )  | Case No. 3:20-cv-00636<br><br>Judge Crenshaw<br>Magistrate Judge Frensley |

## JOINT MOTION FOR THE ENTRY OF AN AGREED ORDER SUBSTITUTING PARTY AND DISMISSING CASE

The Parties hereby jointly move for entry of the attached agreed order substituting F. Doe. as the plaintiff in place E. Doe and dismissing the lawsuit. As grounds, the Parties agree that F. Doe is no longer a minor and should be substituted as the proper party plaintiff in place of E. Doe. Additionally, the issues in this matter have been resolved and the lawsuit should be dismissed with prejudice.

Respectfully submitted,

*/s/ J. Brooks Fox*
J. Brooks Fox (#16096)
Attorney for the Metropolitan Government
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6375

*/s/Mary A. Parker by J.B. Fox w/ permission*
Stephen Crofford #12039
Mary A. Parker #6016
5115 Maryland Way
Brentwood, TN 37027
615-244-2445