IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| E. DOE on behalf of F. DOE, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:20-cv-00636 |
| ) | |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE AND DAVIDSON ) | |
| COUNTY, TENNESSEE, d/b/a, ) | |
| METROPOLITAN NASHVILLE PUBLIC ) | |
| SCHOOLS, ) | |
| Defendant. ) | |

## AGREED ORDER SUBSTITUTING PARTY AND OF DISMISSAL

It appearing to the Court, as evidenced by the signatures below, that the Parties agree that F. Doe is no longer a minor and shall be substituted as the proper party plaintiff in place of E. Doe, and that the issues in this matter have now been resolved and that this lawsuit should be dismissed with prejudice.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE